**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JESUS BALTAZAR RAMIREZ-LEON, | No. 07-72765 |
| Petitioner, | Agency No. A070-737-439 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2010[**]

Before:    RYMER, McKEOWN, and PAEZ, Circuit Judges.

Jesus Baltazar Ramirez-Leon, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's decision denying his application for adjustment of

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

IH/Research

status.  We have jurisdiction pursuant to 8 U.S.C. § 1252.  We review de novo questions of law, *Vasquez-Zavala v. Ashcroft*, 324 F.3d 1105, 1107 (9th Cir. 2003), and we deny the petition for review.

The BIA properly denied Ramirez-Leon's application for relief because he failed to depart within the voluntary departure period after receiving adequate notice of the penalties for failure to do so.  *See* 8 U.S.C. § 1229c(d)(1)(B) (failure to depart voluntarily within the time period results in a ten-year bar to certain forms of relief, including adjustment of status); *De Martinez v. Ashcroft*, 374 F.3d 759, 762 (9th Cir. 2004) (BIA's written notice of the penalties for failure to depart is adequate under 8 U.S.C. § 1229c(d)).

Ramirez-Leon's remaining contentions are not persuasive.

**PETITION FOR REVIEW DENIED.**